# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Christina Spiller

Direct Dial: 212-210-9540     E-mail: christina.spiller@alston.com

January 14, 2010

VIA ECF

Honorable Lois Bloom
United States District Court
Eastern District of New York
1014 225 Cadman Plaza East
Brooklyn, New York 11201

> [handwritten stamp:] ...application is ✓granted. ___denied. SO ORDERED. /Signed by Judge Lois Bloom/ Lois Bloom, U.S.M.J. Dated: 1/20/10 Brooklyn, New York
>
> The conference scheduled for 2/2/10 is hereby adjourned to MARCH 3, 2010 at 10:30 a.m. in Courtroom 11A.

Re: *Harvin Alston v. The Prudential Insurance Company of America,*
Index No. 09-cv-3597

Dear Judge Bloom:

I write on behalf of all parties to request an adjournment of the initial conference on the above-referenced matter scheduled for Tuesday, February 2, 2010 at 2:30 p.m. to March 9, 2010 at 2:30 p.m., or to a date and time thereafter at which Your Honor is available.

This is the first request for an adjournment by the parties, and it is made at the request of Plaintiff who has advised me that he requires more time to retain counsel to represent him in the above-referenced matter. Defendant does not oppose an adjournment. Thank you.

Respectfully submitted,

Christina Spiller

cc: Harvin Alston (via email and first class mail)